# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.,                                                              PETITIONER
ADC #144544

v.                                    NO. 5:12CV00019 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the recommendation. This Court adopts the recommendation as its own. The Petition for Writ of Habeas Corpus is dismissed, with prejudice. Document #2.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11, Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Jones has not provided a basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 20th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE