# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.,                                                                 PETITIONER
ADC #144544

v.                                       NO. 5:12CV00019 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

United States Magistrate Judge Beth Deere entered a recommended disposition on March 29, 2012, recommending that the petition for writ of habeas corpus filed by Charles Edward Jones be dismissed with prejudice. On April 20, 2012, the Court entered an order adopting that recommendation and dismissing the petition with prejudice. On April 24, 2012, the Court received from Jones a motion for extension of time within which to file objections. Because of the prison mailbox rule, it is apparent that the motion would have been filed, *i.e.*, put in the prison mailbox, before the Court adopted the recommended disposition. The Court therefore sets aside the order adopting the report and recommendation and the judgment entered pursuant to that order. The motion for extension is GRANTED. Document #22. Any objection that Charles Edward Jones has to the recommended disposition must be filed on or before May 9, 2012.

IT IS SO ORDERED this 25th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE