# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.,                                PETITIONER
ADC #144544

v.                            NO. 5:12CV00019 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                 RESPONDENT

## ORDER

      The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere and the objections filed by the petitioner, Charles Edward Jones, Sr. Upon *de novo* review, the Court adopts the recommendation as its own. The petition for writ of habeas corpus is dismissed with prejudice.

      When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11, Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Jones has not provided a basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

      IT IS SO ORDERED this 21st day of May, 2012.

                                                               _____
                                                                UNITED STATES DISTRICT JUDGE