**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES EDWARD JONES, SR.,                                              PETITIONER
ADC #144544

v.                                    NO. 5:12CV00019 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT

<u>**ORDER**</u>

     The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere and the objections filed by the petitioner, Charles Edward Jones, Sr.  Upon *de novo* review, the Court adopts the recommendation as its own.  The petition for writ of habeas corpus is dismissed with prejudice.

     When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11, Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, Mr. Jones has not provided a basis for this Court to issue a certificate of appealability.  Accordingly, a certificate of appealability is denied.

     IT IS SO ORDERED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE