IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.,                                                    PETITIONER
ADC #144544

v.                             NO. 5:12CV00019 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Charles Edward Jones, Sr.'s 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, with prejudice.

DATED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE