IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES EDWARD JONES SR**  **PLAINTIFF**
ADC #144544

v.   CASE NO. 5:12-CV-00019-BSM

**RAY HOBBS**  **DEFENDANT**

**ORDER**

Charles Edward Jones, Sr.'s motions for relief from the judgment [Doc. Nos. 142, 143] are denied for the same reasons articulated in the order denying his first motion for relief from judgment. *See* Doc. No. 44. Jones's motion for status update [Doc. No. 144] is granted, and the clerk is directed to send Jones a copy of this order.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE