## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES EDWARD JONES SR**                                               **PLAINTIFF**
ADC #144544

v.                      **CASE NO. 5:12-CV-00019-BSM**

**RAY HOBBS**                                                                            **DEFENDANT**

### ORDER

Charles Edward Jones, Sr.'s fourteenth motion for relief from the judgment [Doc. No. 156] is denied.

IT IS SO ORDERED this 30th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE